# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANDREW C. NEAL, JR. II**  **PLAINTIFF**

v.  **Case No.: 4:21-cv-00017-LPR**

**GREGORY SCOTT HART,** *et al.*  **DEFENDANTS**

## ORDER

Plaintiff Andrew C. Neal, Jr. II filed this action *pro se* pursuant to 42 U.S.C. § 1983. (Doc. 1). Mr. Neal did not, however, pay the $402.00 filing and administrative fee or file a complete application to proceed *in forma pauperis* ("IFP"). (Doc. 2). On January 14, 2021, the Court directed Mr. Neal either to pay the filing and administrative fees or to file a complete motion to proceed IFP within 30 days. (Doc. 3). Mr. Neal was cautioned that if he did not do so, his case would be dismissed without prejudice.[1] (*Id.*). More than 30 days have passed, and Mr. Neal has not paid the filing fee, filed a complete application to proceed IFP, or otherwise responded to the January 14 Order. The Court notes that mail sent from the Court to Mr. Neal is being returned as undeliverable. (Docs. 4-6). Mr. Neal apparently changed his address, but failed to update the Court regarding his new address. Accordingly, Mr. Neal's claims are dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

---

[1] *See* LOCAL RULE 5.5(c)(2) ("It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.").

IT IS SO ORDERED this 2nd day of March 2021.

                                                          _____
                                                          LEE P. RUDOFSKY
                                                          UNITED STATES DISTRICT JUDGE