# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ANDREW C. NEAL, JR. II**                                                                                          **PLAINTIFF**

**v.**                                       **Case No.: 4:21-cv-00017-LPR**

**GREGORY SCOTT HART,** *et al.*                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Andrew C. Neal, Jr. II's Complaint is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 2nd day of March 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE